UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| BEST PARTNERS MORTGAGE COOPERATIVE, INC. d/b/a LENDERS ONE, | Case No.: 1:24-cv-5184 (VSB) |
| Plaintiff, | **NOTICE OF PLAINTIFF'S MOTIONS FOR JUDGMENT ON THE PLEADINGS, TO STRIKE AFFIRMATIVE DEFENSES, AND TO STAY DISCOVERY** |
| -against- | |
| PLAZA HOME MORTGAGE, INC., | |
| Defendant. | |

------------------------------------------------------------------------X

| | |
|---|---|
| **NATURE OF ACTION:** | Breach of Contract |
| **MOVING PARTY:** | Plaintiff, Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One ("Lenders One") |
| **RELIEF SOUGHT:** | Lenders One seeks an Order: |
| | (1) Granting Judgment on the Pleadings in Lenders One's favor, pursuant to Federal Rule of Civil Procedure 12(c); |
| | (2) Striking Defendant's Affirmative Defenses, pursuant to Federal Rules of Civil Procedure 12(c), 12(f), and 12(h)(2)(B); |
| | (3) Staying discovery pending a decision on its Rule 12 Motions for Judgment on the Pleadings and to Strike Defendant's Affirmative Defenses, pursuant to Federal Rule of Civil Procedure 26(c)(1). Alternatively, Lenders One respectfully requests that discovery be limited to narrow, written discovery on damages pending a decision on the two Rule 12 Motions; and |
| | (4) For such other and further relief as the Court may deem just and proper. |
| **SUPPORTING PAPERS:** | Defendants' Memorandum of Law in Support. |
| **RESPONDING PAPERS:** | Pursuant to Local Rule 6.1(b), opposing affidavits and answering memoranda of law shall be served within fourteen (14) days after service of the moving papers, unless this Court issues a briefing schedule. |

**REPLY PAPERS:** Lenders One intends to file and serve reply papers.

**ORAL ARGUMENT REQUESTED**

Dated: November 18, 2024
      New York, New York

                       COZEN O'CONNOR

                       By: ____s/ Melissa F. Brill_____
                       Melissa F. Brill, Esq. (MB 4374)
                       John Ewell, Esq. (JE 2017)
                       *Attorneys for Plaintiff*
                       3 WTC, 175 Greenwich St, 55th Floor
                       New York, NY 10007
                       (212) 908-1257
                       mbrill@cozen.com
                       jewell@cozen.com

TO:    **ALL PARTIES VIA ECF**

       COHEN ZIFFER FRENCHMAN & MCKENNA LLP
       Alexander M. Sugzda, Esq.
       *Attorneys for Defendant, Plaza Home Mortgage, Inc.*
       1325 Avenue of the Americas
       New York, New York 10019
       (212) 584-1890
       asugzda@cohenziffer.com