UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEST PARTNERS MORTGAGE COOPERATIVE, INC. d/b/a LENDERS ONE,<br><br>       Plaintiff,<br><br>  -against-<br><br>PLAZA HOME MORTGAGE, INC.,<br><br>       Defendant. | 24-CV-5184-LTS-JW |

ORDER

    Best Partners Mortgage Cooperative, Inc. ("Lenders One" or "Plaintiff") brings this breach of contract action against Plaza Home Mortgage, Inc. ("Plaza" or "Defendant"). (Docket entry no. 1.)  The Court is in receipt of Plaintiff's motions for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to strike Defendant's affirmative defenses, and to stay discovery.  (Docket entry no. 17.)  Having considered the relevant factors, the Court grants Plaintiff's request to stay discovery pending further order of the Court.  The remaining motions remain under consideration.

    SO ORDERED.

Dated: New York, New York
   January 24, 2025

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       Chief United States District Judge