

**Alexander M. Sugzda**

| | | |
|---|---|---|
| 212-584-1812 | 1325 Avenue of the Americas | 212-584-1890 P |
| asugzda@cohenziffer.com | New York, NY 10019 | 212-584-1891 F |

April 11, 2025

**VIA ECF**

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

    RE:  ***Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One v. Plaza Home Mortgage, Inc.*, No. 1:24-cv-05184-LTS-JW (S.D.N.Y.) – Joint Status Letter**

Dear Judge Willis:

  We represent Defendant Plaza Home Mortgage, Inc. ("Plaza"), in the above-referenced action. Plaza and Plaintiff Best Partners Mortgage Cooperative, Inc. d/b/a Lenders One ("Lenders One," and with Plaza, the "Parties") jointly submit this status letter pursuant to the Court's February 3, 2025 Order (ECF No. 33). As discussed at the March 20, 2025 conference for the related matter captioned *Plaza Home Mortgage, Inc. v. Ass'n of Certified Mortgage Originators Risk Retention Group, Inc., et al.*, No. 1:24-cv-02191-LTS-JW (S.D.N.Y.) (the "ACMO Action"), Lenders One has requested the documents responsive to the damages-related discovery it served and in furtherance of settlement discussions. Plaza is assembling the information requested and anticipates being able to provide it on or before April 18, 2025. The parties will meet and confer if the information is not provided by that date.

  The parties thank the Court for its time and attention to this matter.

cohenziffer.com                           Cohen Ziffer Frenchman & McKenna LLP

Hon. Jennifer E. Willis, U.S.M.J.
April 11, 2025
Page 2

                                                Respectfully submitted,

                                                Alexander M. Sugzda

                                                *Counsel for Defendant*


                                                <u>/s/ *Melissa Brill*</u>

                                                Melissa Brill

                                                *Counsel for Plaintiff*


cc:     All Counsel of Record – via ECF