UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEST PARTNERS MORTGAGE
COOPERATIVE, INC. d/b/a LENDERS ONE,

                Plaintiff,

                -against-

PLAZA HOME MORTGAGE INC.,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-5184 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is receipt of numerous letter motions regarding discovery disputes. The list includes docket numbers 37, 38, 39, 40. A discovery conference to address the disputes will be held in Courtroom 228 of 40 Foley Square, New York, New York 10007 on **November 18, 2025 at 2:30 PM**.

SO ORDERED.

DATED:    New York, New York
              October 15, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

1