**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BEST PARTNERS MORTGAGE COOPERATIVE
INC. d/b/a LENDERS ONE.,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**24-CV-5184 (LTS) (JW)**</td></tr>
</table>

PLAZA HOME MORTGAGE INC.,

Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 18, 2025, the Court held a discovery conference.  For the reasons stated more fully on the record the Court made the following rulings:

- Plaintiff's motion to compel source information for the spreadsheets is **DENIED** as to spreadsheets Defendant has already provided because production is unduly burdensome and outweighs the relevance.  Defense counsel is to meet with his client to determine if there is a less burdensome way to produce a screenshot with source information for future spreadsheet productions.  The Parties are to meet and confer and if a dispute remains about producing source information via screenshot, the Parties are to file a joint letter by **December 18, 2025**.

- The Court does not need to rule on Defendant's motion to compel Plaintiff to respond to requests for document production and interrogatories.  The Court's prior order staying discovery except for damages applies to both sides.  Plaintiff agreed to respond to Defendant's discovery requests about damages.  Plaintiff is to respond by **December 9, 2025.**

SO ORDERED.

DATED:    New York, New York
          November 18, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge